failed to join either the Division of Employment Security or the former employer. *State ex rel. Labor, supra,* 708 S.W.2d at 734. The court of appeals found that both were necessary parties to claimant's petition for review and that the failure to join them within the statutory time was fatal. Similarly, in *Peredoe v. Labor & Indus. Rel.,* 676 S.W.2d 306 (Mo.App.1984), the Southern District upheld the circuit court's dismissal of a petition for review when the claimant failed to join the employer. The Southern District held that the same rationale applied to the employer as was applied in *Duzer,* if the employer was a party to the proceeding before the Commission.

The court holds Miller, the employer, was required by § 288.210 to make Hocking, the employee, a defendant in the combined petition for judicial review of the decisions of the Commission, because Hocking was a party to one of the proceedings before the Commission. Since Miller failed to do so, the circuit court acquired no jurisdiction over the action, and did not err by dismissing the case.

Judgment affirmed.

Ilene A. Goodman, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

### ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 motion following an evidentiary hearing. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**Samuel BLOCKTON, Movant-Appellant,**

v.

**STATE of Missouri, Respondent-Respondent.**

**No. 52547.**

Missouri Court of Appeals, Eastern District, Division Two.

Aug. 11, 1987.

Motion for Rehearing and/or Transfer Denied Oct. 6, 1987.

Application to Transfer Denied Nov. 17, 1987.

**Edward PAYNE–BEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 52583.**

Missouri Court of Appeals, Eastern District, Division Two.

Aug. 11, 1987.

Motion for Rehearing and/or Transfer Denied Oct. 6, 1987.

Application to Transfer Denied Nov. 17, 1987.

